IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KIMBERLY K. KISLER,

        Plaintiff,

vs.                                        Case No. 04-2523-KHV-JTR

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

**ORDER GRANTING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $4,293.00.  The parties also agree, and the Court finds, that Plaintiff should be reimbursed for costs of $150.00 from the Judgment Fund administered by the Treasury Department.  The EAJA fees should be made payable to Jean C. Owen.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$4,293.00.**  These fees shall be paid to Plaintiff's attorney, Jean C. Owen.

IT IS ALSO ORDERED THAT Plaintiff is awarded costs of **$150.00** to be paid from the Judgment Fund administered by the Treasury Department and that payment shall also be made to Mr. Owen.

IT IS SO ORDERED.

Dated this 16th day of February, 2006.

                                        s/ Kathryn H. Vratil
                                        KATHRYN H. VRATIL
                                        United States District Judge

APPROVED BY:

s/ Jean C. Owen
Law Office of Jean C. Owen
5700 Broadmoor St. Ste 310
Mission, KS 66202-2405
913-262-6555
Fax: 913-262-4066
Email: jeano@occudata.com

Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

s/ David Zimmerman
DAVID D. ZIMMERMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Kan. Fed. Bar No. 23486
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail:  David.Zimmerman@usdoj.gov
ELECTRONICALLY SUBMITTED
Attorneys for Defendant